AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor <br> *Plaintiff* | ) <br> ) <br> ) |
| v. <br> MEDIPHARM-RX, INC., et al. <br> *Defendant* | ) Civil Action No. 8:10-CV-569-T-33TBM <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Benjamin A. Stark
(*Name of the plaintiff's attorney or unrepresented plaintiff*)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/22/2010_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/30/2010

_____
Signature of the attorney or unrepresented party

Medipharm-Rx, Inc. 401(k) Plan
*Printed name of party waiving service of summons*

DALE R. SISCO
*Printed name*

1110 N. FLORIDA AVE.
TAMPA, FLORIDA 33602
*Address*

DSISCO@SISCO-LAW.COM
*E-mail address*

(813) 224-0555
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MEDIPHARM-RX, INC., BRIAN GREEN,<br>GRADY D. MORRELL, and<br>MEDIPHARM-RX, INC. 401(k) PLAN,<br><br>　　　　　　Defendants. | FILE NO.<br><br>8:10-cv-569-T-33TBM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed an **Executed Waiver of Service of Summons for Defendant Medipharm-RX, Inc. 401(k) Plan** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Medipham-Rx, Inc. 401(k) Plan
    Medipharm-Rx, Inc.
    Brian Green, Chairman
    c/o Dale R. Sisco
    Sisco-Law
    1110 N. Florida Avenue
    Tampa, FL  33602

        Grady D. Morrell
        5804 Eight Point Land
        Lakeland, FL  33811

        Respectfully submitted,

        s/Benjamin A. Stark
        BENJAMIN A. STARK
        Attorney

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Suite 7T10
Atlanta, GA  30303
Telephone: 404/302-5463
Facsimile: 404/302-5438
Email:  stark.benjamin@dol.gov
       ATL.FEDCOURT@dol.gov

SOL Case No. 09-08100