RECEIVED

2010 AUG 16  PM 12: 56

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

August 14, 2010

US District Court
Middle District Florida
Civil Action No. 8:10-cv-569-T-33TBM
SOL Case No.09-08100

<u>Solis vs Medipharm-RX, Inc Brian Green, Grady D. Morrell, and Medipharm- RX, Inc 401K Plan.</u>

Answer:

Grady D. Morrell was employed at Medipharm Rx from January 2005 through October 2006. During my tenure I served as Vice President of Business Development and acting CEO from January 2006- October 2006.

During my CEO tenure I was appointed acting CEO in January 2006. I did implement the 401K plan for the employees with a discretionary matching program. This program was approved by the Board of Directors which was Brian Green and Michael Anderson (Boxted) (owner). In addition, to my knowledge I was never legally put on the State records as CEO of Medipharm.

During my tenure I never had control of money transactions because all money transactions were handled by Bob Caddick who is now serving time in a Federal prison. Bob Caddick requested money transfers from Brian Green and Michael Anderson for working Capital. I only reviewed and signed checks that Bob Caddick forwarded to me. In addition, Bob Caddick was hired before me and kept the financial records as CFO. I was only informed of the lack of funding 3 weeks before my resignation because the 401K administrators (are my personal investment counselors currently) who allowed me to withdraw my 401K.

In short, I am more than willing to cooperate with my limited knowledge. However, I did not know by implementing this plan I would be held personally liable.