UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA L. SOLIS,
Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.                                       Case No. 8:10-CV-569-T-33TBM

MEDIPHARM-RX, INC., BRIAN GREEN,
GRADY D. MORRELL and
MEDIPHARM-RX, INC. 401(k) PLAN,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, MEDIPHARM-RX, INC., BRIAN GREEN and MEDIPHARM-RX, INC. 401(k) PLAN (hereinafter "Defendants"), by and through their undersigned counsel, answers Plaintiff's Complaint for Injunctive Relief by like-numbered paragraphs as follows:

    1.    Defendants admit the allegations contained in paragraph 1 of the Complaint.

    2.    Defendants admit the allegations contained in paragraph 2 of the Complaint.

    3.    Defendants admit the allegations contained in paragraph 3 of the Complaint.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore deny same and demand strict proof thereof.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, therefore, deny same and demand strict proof thereof.

6. Defendants deny as untrue the allegations contained in paragraph 6 of the Complaint.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore deny same and demand strict proof thereof.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore deny same and demand strict proof thereof.

9. Defendants admit MEDIPHARM-RX, INC. ceased doing business in 2007.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore deny same and demand strict proof thereof.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore deny same and demands strict proof thereof.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, deny same and demand strict proof thereof.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph13 of the Complaint and, therefore, deny same and demand strict proof thereof.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph14 of the Complaint and, therefore, deny same and demand strict proof thereof.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph15 of the Complaint and, therefore, deny same and demand strict proof thereof.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph16 of the Complaint and, therefore, deny same and demand strict proof thereof.

17. Defendants deny as untrue the allegations contained in paragraph 17 of the Complaint.

18. Defendants deny as untrue the allegations contained in paragraph 18 of the Complaint.

19. Defendants deny as untrue all allegations contained in paragraph 19 (a) through (g) of the Complaint.

20. Defendants deny as untrue the allegations contained in paragraph 20 of the Complaint.

## AFFIRMATIVE DEFENSES

As and for affirmative defenses to the claims in the Complaint, and based upon knowledge and information available to date, Defendants allege as follows:

1. BRIAN GREEN has no liability for breach of fiduciary duty as he had no knowledge of the existence of the Plan and never agreed to be a fiduciary.
2. Plaintiff's claims are barred by the failure to mitigate damages.
3. The complaint fails to state a claim against Defendant MEDIPHARM-RX, INC. 401(k) PLAN upon which relief can be granted.
4. The complaint fails to state a claim against Defendant BRIAN GREEN upon which relief can be granted for the following reasons:
    a. By failing to allege sufficient material facts the Mr. Green performed a fiduciary function or had fiduciary status with regard to Medipharm-RX, Inc. 401(k) Plan.
    b. By failing to allege sufficient material facts of commission or omission by Mr. Green in violation of U.S.C. §1104.
    c. By failing to allege sufficient material facts of commission or omission by Mr. Green in violation of U.S.C. §1106.
5. The Complaint fails to state a claim against Defendants upon which relief can be granted by failing to state sufficient material facts to support a claim pursuant to 29 U.S.C. §1105

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully pray that this Court:

A. Dismiss Plaintiff's Complaint and all claims for damages;

B. Deny Plaintiff's request for injunctive relief;

C. Grant Defendants their reasonable attorney's fees and costs of this action; and

D. Grant Defendants such other and further relief as the Court deems just and proper.

Respectfully Submitted,

SISCO-LAW

*s/ Dale R. Sisco*
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Kristi Neher Davisson
kdavisson@sisco-law.com
Florida Bar No. 0152382
1110 N. Florida Avenue
Tampa, FL  33602
(813) 224-0555
(813) 221-9736 Facsimile
Counsel for Medipharm-Rx, Inc.,
Brian Green and Medipharm-Rx, Inc. 401(k) Plan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>
> *s/ Dale R. Sisco*
> Dale R. Sisco
> dsisco@sisco-law.com
> Florida Bar No. 559679
> Kristi Neher Davisson
> kdavisson@sisco-law.com
> Florida Bar No. 0152382
> 1110 N. Florida Avenue
> Tampa, FL  33602
> (813) 224-0555
> (813) 221-9736 Facsimile
> Counsel for Medipharm-Rx, Inc.,
> Brian Green and Medipharm-Rx, Inc. 401(k) Plan